IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAYOU LOFTS CONDOMINIUM ASSOCIATION, INC.** § § | | |
| Plaintiff, § | | |
| § | | |
| V. § | CASE NO. 4:19-cv-00856 | |
| § | | |
| **WRIGHT NATIONAL FLOOD INSURANCE COMPANY** § § | | |
| Defendant. § | | |

## NOTICE OF SETTLEMENT

Plaintiff, Bayou Lofts Condominium Association, Inc., and Defendant Wright National Flood Insurance Company (collectively, the "Parties") report that all claims and controversies have been fully settled. The Parties anticipate that they will provide the Court with a proposed agreed order of dismissal within thirty (30) days.

Respectfully submitted,

**VOSS LAW FIRM, P.C.**

/s/ *Chris Schleiffer*
Chris Schleiffer
Texas Bar No. 24088362
Southern District No. 2516220
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Chris@vosslawfirm.com
**ATTORNEY FOR PLAINTIFF**

/s/ *Valerie Henderson*
Texas Bar No. 24078655
Federal Bar No. 1392550
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 – Telephone
(713) 650-9701 – Facsimile
vhenderson@bakerdonelson.com

/s/ *Alexander S. de Witt*
Alexander S. de Witt
Virginia State Bar No. 42708
Federal Bar No. 3087027
FREEBORN & PETERS LLP
411 East Franklin Street, Suite 200
Richmond, VA 23219
Telephone: (804) 644-1300
Facsimile: (804) 644-1354
E-mail: adewitt@freeborn.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2020, a copy of this document was served to all Counsel of Record in a manner authorized by Federal Rule of Civil Procedure 5(b)(1), using this Court's CM/ECF system

/s/ *Chris Schleiffer*
Chris Schleiffer